NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1125

**PHOENIX SOLUTIONS, INC.,**
*Plaintiff-Appellant*,

v.

**THE DIRECTV GROUP, INC.,**
*Defendant-Appellee*.

Appeal from the United States District Court for the Central District of California in case no. 08-CV-0984, Senior Judge Mariana R. Pfaelzer.

## JUDGMENT

R. JOSEPH TROJAN, Trojan Law Offices, of Beverly Hills, California, argued for plaintiff-appellant.

JASON L. PELTZ, Bartlit Beck Herman Palenchar & Scott LLP, of Chicago, Illinois, argued for defendant-appellee. With him on the brief was PAUL J. SKIERMONT. Of counsel on the brief were STEVEN M. ANDERSON and DAVID A. SERGENIAN, Quinn Emanuel Urquhart & Sullivan, LLP of Los Angeles, California.

STEVEN C. SEREBOFF, SoCal IP Law Group LLP, of Westlake Village, California, for amicus curiae Conejo Valley Bar Association. With him on him on the brief were MARK A. GOLDSTEIN and M. KALA SARVAIYA.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge*, NEWMAN, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 August 4, 2010 　　　　 /s/ Jan Horbaly
 　　Date 　　　　　　　 Jan Horbaly
 　　　　　　　　　　　　　 Clerk